UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-mj-02992-OTAZO-REYES

UNITED STATES OF AMERICA

vs.

RALPH STEINMANN and
LUIS FERNANDO VUTEFF,

      Defendants.

_____/

### ORDER

The United States of America, having applied to this Court for an Order unsealing the Criminal Complaint, arrest warrants, orders, and any other documents filed in this criminal case, which were filed under seal on June 12, 2022, and the Court, having reviewed the motion and being fully advised in the premises, it is hereby

**ORDERED** that the Motion to Unseal the Criminal Complaint, Arrest Warrants, orders, and any other documents filed in the criminal case is **GRANTED**,

**DONE AND ORDERED** in chambers in __Miami__, Florida, this 22nd day of June, 2022.

                                                     JONATHAN GOODMAN
                                                   UNITED STATES MAGISTRATE JUDGE

cc:    AUSA Kurt K. Lunkenheimer
        Trial Attorney Paul A. Hayden